**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEAN PLOUT, | Civil Action No. |
| Plaintiff, | 25-cv-01970 |
| v. | (Judge Wiegand) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|-----|-----------|
| 45 | Tide Wall Art |
| 94 | yunZHOGN-A |
| 107 | Sicangda Co., Ltd. |
| 113 | Hugbrybh |
| 114 | Indoor BEST store |
| 116 | MUCHENGGIFT LLC SHOP |
| 118 | Dalrosia |
| 119 | DesignItChic |
| 120 | Kintsukuroi Threads |
| 124 | StitchGems |
| 126 | CloudWalkHome |
| 142 | Decorate festival posters |
| 211 | Harvest Hues Poster |
| 247 | Happy Sheng |
| 269 | Hemitongb |
| 289 | TailorGlam |
| 300 | SQFNINE |

| 316 | FFGJUVED |
|---|---|

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 14, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff